# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 21-CR-3500-CAB |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| AHMED JARRAR (2) | Booking No. 01212-506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **7/8/2022** the Court entered the following order:

- [X] Defendant be release from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [ ] Defendant released on _____ Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( ____ bond ) ( ____ bond on appeal ) exonerated.
- [X] Defendant sentenced to TIME SERVED, supervised release for **3** years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [X] Other. TIME SERVED (262 DAYS).

Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by Lori Hernandez ext. 6901

7/8/22
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

# Lori Hernandez

| | |
|---|---|
| **From:** | CAS Releases |
| **To:** | Lori Hernandez |
| **Sent:** | Friday, July 08, 2022 11:19 AM |
| **Subject:** | Read: Abstract - Ahmed Jarrar (2), 21cr3500-CAB |

Your message

  To: CAS Releases
  Subject: Abstract - Ahmed Jarrar (2), 21cr3500-CAB
  Sent: Friday, July 8, 2022 11:12:13 AM (UTC-08:00) Pacific Time (US & Canada)

 was read on Friday, July 8, 2022 11:18:16 AM (UTC-08:00) Pacific Time (US & Canada).

1